UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE HUMPHREYS, and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LAW OFFICES OF BENNETT AND DELONEY, P.C., a Utah Professional Corporation; MICHAEL BENNETT; and RICHARD H. DELONEY,<br><br>    Defendants. | NO.  CV-03-419-RHW<br><br>ORDER GRANTING MOTION TO STAY, STRIKE TRIAL SETTING, AND VACATE SCHEDULING ORDER, *INTER ALIA* |

Before the Court is the parties' Joint Motion to Stay, Strike Trial Setting and Vacate Scheduling Order (Ct. Rec. 98).  The Court is fully advised in this matter; therefore,

**IT IS HEREBY ORDERED:**

1. All litigation activity in this case (including, without limitation, all deadlines, discovery, briefing, hearings, decisions, and expert disclosures) is hereby **stayed** from July 7, 2005, through September 9, 2005.

2. The trial date is **stricken.**

3. The Court's Amended Scheduling Order is **vacated.**

4. In the event the parties have not reached an agreement in principle to settle the case by September 9, 2005, the parties are directed to submit to the Court a proposed amended scheduling order, not later than September 19, 2005.

ORDER GRANTING MOTIN TO STAY, STRIKE TRIAL SETTING, AND VACATE SCHEDULING ORDER, *INTER ALIA* ~ 1

1  5. All remaining pending motions (Ct. Recs. 35, 58, 70, 71, 81, and 85)
2 are **stricken**. The parties shall contact the court to renote the motions, if necessary.
3  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
4 Order and forward copies to counsel.
5  **DATED** this 10th day of August 2005.

s/ ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2003\HUMPHREYS\Order Granting Stay

ORDER GRANTING MOTIN TO STAY, STRIKE TRIAL SETTING, AND
VACATE SCHEDULING ORDER, *INTER ALIA* ~ 2