UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE HUMPHREYS, and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>THE LAW OFFICES OF BENNETT AND DELONEY, P.C., a Utah Professional Corporation; MICHAEL BENNETT; and RICHARD H. DELONEY,<br><br>   Defendants. | NO.  CV-03-419-RHW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On August 25, 2006, counsel for Plaintiff filed notice that the parties had entered into a settlement agreement that was approved by the United States District Court for the District of Utah, Central Division.  Previously, the Court stayed the above-captioned case in order for the parties to present a joint motion for approval of the settlement to the Utah District Court.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **dismissed with prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 7th day of December, 2006.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court Judge

Q:\CIVIL\2003\HUMPHREYS\dismiss.wpd

**ORDER DISMISSING CASE WITH PREJUDICE ~ 1**